IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ADRIAN DE'ARIS DUNNING** ) | |
| **#227362** ) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | CASE NO. 2:18-cv-018095-LCB-SGC |
| ) | |
| **R. GADSDEN, et al.,** ) | |
|     **Defendants.** ) | |

    Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Zackery McLemore who being known to me and being by me first duly sworn, deposes and says on oath as follows:

    My name is Zackery McLemore I am currently employed with the Alabama Department of Corrections as Correctional Officer at William E. Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, Alabama 35023.

    On July 6, 2018, I, Correctional Officer Zackery McLemore, was assisting Correctional Officer Roderick Gadson and Correctional Officer Keller Speaks conduct feeding in Y-Unit, cells Y 1-12. I opened cell Y-12 and inmate Adrian Dunning B/M #227362, rushed out of the cell with a broken broom handle with a sharpened point. The broken broom handle used to assault me was approximately 3 feet, 7 inches in length, with a circumference of 1¼ inches, made of wood. Inmate Dunning used the broken boom handle as a spear and stabbed me in the chest, catching the top of my vest trauma plate, located approximately 2 inches below the base of my neck/throat area. Once inmate Dunning had stabbed me, he was able to push me against the wall under the stairwell. I retrieved my State issued Sabre Red (Can #72, Chit #72, Serial #5018305) in my right hand and administered a one, one-second burst of the chemical agent to inmate Dunning's facial area. Inmate Dunning was so focused on attempting to cause me serious bodily harm that the chemical agent had no effect. I used my left hand and attempted to grab the broom handle while securing my State issued chemical agent in the right front pants pocket. Inmate Dunning was able to break my grasp of the broom handle as I retrieved my State issued Smith and

Wesson baton #72. Inmate Dunning continued to stab me. Using my State issued baton I struck inmate Dunning on the left forearm several times. Inmate Dunning continued his assault on me. Out of fear for my life and well-being, I struck inmate Dunning in the head area. Inmate Dunning stepped back as if he were stunned and ran towards cell Y-1, then up the stairs towards cell Y-25. I ran up the stairs towards cell Y-36, attempting to block inmate Dunning's path as Officer Speaks and Officer Gadson pursued after inmate Dunning. As I ran towards inmate Dunning, I gave several verbal direct orders for him to lie down on the floor with his hands behind his back. Inmate Dunning refused to comply and climbed over the stair railing. I gave inmate Dunning several verbal direct orders to climb back over the railing and lie down on the floor. Inmate Dunning continued to refuse to comply and stated, "I'm gonna make y'all kill me", and jumped off the top tier. I ran down the stairs and observed inmate Dunning picking up the broom handle as he ran back under the stairs towards cell Y-12. I gave inmate Dunning several direct orders to drop the weapon. Inmate Dunning did not comply and ran towards me. I administered another one, one-second burst of Sabre Red to inmate Dunning's facial area. Once again inmate Dunning was not affected by the chemical agent and continued towards me. I once again retrieved my baton and out of fear for my life, I administered several baton strikes to inmate Dunning's arms, shoulders, back and legs. Inmate Dunning finally lost control of the weapon. I engaged inmate Dunning, attempting to get him to the floor. My take down was unsuccessful and inmate Dunning was able to strike me in the facial area with a closed fist. I struck inmate Dunning in the facial area with several palm heel strikes. I was able to take inmate Dunning to the ground. Inmate Dunning flipped me over him and kicked me in the facial area as he was attempting to get back to his feet. With the help of several responding Officers, I was able to gain control of inmate Dunning. Handcuffs were applied to the rear of inmate Dunning and double locked. I exited the unit with the assistance of other Officers and was taken to the infirmary for a medical evaluation and body chart. No further force was used on my behalf. My medical evaluation was conducted by Nurse Elizabeth Melton. I was not severely injured in the incident. Due to me being assaulted by inmate Dunning, an Employee's First Report of Injury was completed.

EXHIBIT B

_____
Zackery McLemore, Correctional Officer

SWORN TO AND SUBSCRIBED before me this 19th day of June, 2019.

_____
Taylor A. Rutley
Notary Public

_____
10-31-20
My Commission Expires

EXHIBIT B