FILED
2019 Jul-15  PM 04:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ADRIAN DE'ARIS DUNNING** ) | |
| **#227362** ) | |
|     **Plaintiff,** ) | |
| **vs.** ) | **CASE NO. 2:18-cv-018095-LCB-SGC** |
| ) | |
| **R. GADSDEN, et al.,** ) | |
|     **Defendants.** ) | |

    Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Roderick Gadson who being known to me and being by me first duly sworn, deposes and says on oath as follows:

    My name is Roderick Gadson I am currently employed with the Alabama Department of Corrections as Correctional Officer at William E. Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, Alabama 35023.

    I, Correctional Officer Roderick Gadson, was assigned as a rover on Y-Unit. While feeding in the unit, I observed inmate Adrian Dunning B/M #227362, who is assigned to Y-12, physically assault Correctional Officer Zackery McLemore with a sharpened broom handle. I administered several baton strikes to inmate Dunning out of fear for Officer McLemore's safety and due to inmate Dunning continuing to be combative. I administered a second series of baton strikes. I observed inmate Dunning run upstairs to the top tier and jump off. Inmate Dunning was being assaultive and not complying with verbal direct orders. Eventually other Officers responded and control was gained of inmate Dunning.

                                            _/s/ Roderick Gadson_
                                            Roderick Gadson, Correctional Officer

SWORN TO AND SUBSCRIBED before me this 19th day of June, 2019.

                                            _Taylor A. Rutley_
                                            Notary Public

                                            10-31-20
                                            My Commission Expires

EXHIBIT C