IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN DE'ARIS DUNNING ) | |
| #227362 ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:18-cv-018095-LCB-SGC |
| ) | |
| R. GADSDEN, et al., ) | |
|    Defendants. ) | |

     Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Keller Speaks who being known to me and being by me first duly sworn, deposes and says on oath as follows:

     My name is Keller Speaks I am currently employed with the Alabama Department of Corrections as Correctional Officer at William E. Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, Alabama 35023.

     On July 6, 2018, I, Correctional Officer Keller Speaks, was assigned to X/Y unit. While conducting feeding on Y side with Correctional Officer Roderick Gadson and Correctional Officer Zackery McLemore, in Y-Unit, cells Y 1-12, inmate Adrian Dunning B/M #227362, was housed in cell 12. I observed Officer McLemore open cell 12. Inmate Dunning attacked Officer McLemore with a sharpened broom stick handle. Inmate Dunning started stabbing Officer McLemore in the chest area. Inmate Dunning then ran towards cell 1 up to the top tier towards cell 25. I gave chase behind inmate Dunning, giving several verbal direct orders to stop and lie face down on the ground. Inmate Dunning did not comply with the orders given. Inmate Dunning reached cell 29 and jumped off the top tier. I gave chase back down the stairs to cell 12. Inmate Dunning had retrieved the weapon and backed himself into the corner by cell 12. Inmate Dunning was swinging the sharpened broom stick, trying to hit and stab Officers. I retrieved my State issued baton and gave inmate Dunning several verbal direct orders to drop the weapon and lie face down on the floor. Inmate Dunning did not comply. Out of fear for my safety and other Officers, I gave several baton strikes to inmate Dunning's lower body area.

EXHIBIT D

Inmate Dunning continued to be combative and tried to assault Officers. I gave inmate Dunning several more verbal direct orders to drop the weapon. Inmate Dunning did not comply. I gave several more baton strikes to inmate Dunning's lower body area. Inmate Dunning them complied with the orders given and dropped the weapon and laid face down on the ground. All force ceased and inmate Dunning was handcuffed to the rear and then escorted to the Infirmary.

_____
Keller Speaks, Correctional Officer

SWORN TO AND SUBSCRIBED before me this 19th day of June, 2019.

Taylor A. Rutley
_____
Notary Public

10-31-20
_____
My Commission Expires

EXHIBIT D